Attorneys for the Plaintiff

FILED
APR 11 12 02 PM '91
CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIF.
LOS ANGELES

ENTERED
CLERK, U.S. DISTRICT COURT
APR 11 1991
CENTRAL DISTRICT OF CALIFORNIA
BY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
    Plaintiff,

v.

DEREK D. MOORE, D.D.S.

    Defendant(s).

COURT NO: 90 A 90718

DEFAULT JUDGMENT

In the above-entitled action, an affidavit on behalf of the plaintiff satisfying the requirements of Rule 55 having been filed;

IT IS ADJUDGED that the United States of America, plaintiff, do have and recover of and from DEREK D. MOORE, D.D.S. the sum of $6,445.94 as principal, $777.24 as accrued prejudgment interest, $761.64 administrative charges, and $94.50 costs, plus $844.59 attorney fees for a total amount of $8,923.91, plus interest at the current rate until entry of judgment.

Judgment to accrue interest at the legal rate until paid.

DATED: APR 11 1991

LEONARD A. BROSNAN, CLERK
U.S. District Court
Central District of California

By: LINDA CHAI
    Deputy Clerk