CLERK U.S. DISTRICT COURT

SEP - 6 2018

CENTRAL DISTRICT OF CALIFORNIA
BY

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEREK D. MOORE, D.D.S.<br><br>Defendant(s) | No. 2:90-cv-90718-~~URC~~ WDK (AFM x)<br><br>[Proposed]<br>**ORDER DIRECTING ISSUANCE OF WRIT OF CONTINUING GARNISHMENT**<br><br>**[COUNTY OF ORANGE AUDITOR CONTROLLER]** |

The Court, having considered the Application of the United States of America for an issuance of a Writ of Continuing Garnishment as to COUNTY OF ORANGE AUDITOR CONTROLLER, with regard to defendant judgment-debtor DEREK D. MOORE. D.D.S, finds that the issuance of the Writ is proper under the circumstances of this case,

//

**ORIGINAL**

1      HEREBY ORDERS that the clerk of the Court shall issue a Writ of Continuing

2   Garnishment with respect to COUNTY OF ORANGE AUDITOR CONTROLLER in

3   the form submitted by the Plaintiff United States of America.

4

5      DATED:_____.

6

7

8                              _____

                                    UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28