FILED
CLERK, U.S. DISTRICT COURT

9/18/2018

CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_CW\_\_\_\_ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br>Vs.<br>DEREK D. MOORE, D.D.S<br><br>Defendant. | Case No.: 2:90-cv-90718-WDK-AFM<br><br>ORDER GRANTING PLAINTIFF'S APPLICATION PERMITTING SERVICE OF PROCESS |

    IT IS HEREBY ORDERED, that Plaintiff's Application for Order Permitting Service of Process is Granted, and that any agent of DIRECT LEGAL SUPPORT, who is at least 18 years of age, of suitable discretion, and not a party for this action, be authorized and appointed the serve the Writ Issued in this action.

    **IT IS ORDERED.**

DATED:  September 18, 2018

_(signature)_

HON. WILLIAM D. KELLER
United States District Judge

1