```
FILED
CLERK, U.S. DISTRICT COURT

9/14/2018

CENTRAL DISTRICT OF CALIFORNIA
BY: ____CW_____ DEPUTY
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEREK D. MOORE, D.D.S.<br><br>Defendant(s) | No.  2:90-cv-90718-WDK-AFM<br><br>**ORDER DIRECTING ISSUANCE OF WRIT OF CONTINUING GARNISHMENT**<br><br>**[COUNTY OF ORANGE AUDITOR CONTROLLER]** |

    The Court, having considered the Application of the United States of America for an issuance of a Writ of Continuing Garnishment as to COUNTY OF ORANGE AUDITOR CONTROLLER, with regard to defendant judgment-debtor DEREK D. MOORE. D.D.S, finds that the issuance of the Writ is proper under the circumstances of this case,

    //

1  HEREBY ORDERS that the clerk of the Court shall issue a Writ of Continuing
2  Garnishment with respect to COUNTY OF ORANGE AUDITOR CONTROLLER in
3  the form submitted by the Plaintiff United States of America.

5  DATED: September 14, 2018

   _____
   HON. WILLIAM D. KELLER
   United States District Judge